# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.  09-CV-2896 RPM-MEH**

SERGIO I. CAMPOS-SANCHEZ and CLAUDIA CAMPOS,

Plaintiffs,

v.

AV DECKING, INC., an Arizona corporation,

Defendant.

_____

# ORDER GRANTING JOINT MOTION
# TO MODIFY SCHEDULING ORDER
_____

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order, and the Court having reviewed the same and being advises in the premises, does hereby

ORDER that the Joint Motion to Modify the Scheduling Order is GRANTED; and

ORDER that the Scheduling Order be modified as follows:

| | | |
|---|---|---|
| A. | Plaintiff's Designation of Expert Witnesses | **January 28, 2011** |
| B. | Defendants' Designation of Expert Witnesses | **February 28, 2011** |
| C. | Plaintiffs' Designation of Rebuttal Expert Witnesses | **March 28, 2011** |
| D. | Discovery Cut-Off | **May 30, 2011** |
| E. | Dispositive Motion Deadline | **June 30, 2011** |

2

DATED this 30th day of November, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge

12229232

2