IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-2896 RPM-MEH

SERGIO I. CAMPOS-SANCHEZ and CLAUDIA CAMPOS,

    Plaintiffs,

v.

AV DECKING, INC., an Arizona corporation,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

    Pursuant to the Stipulation for Dismissal with Prejudice [32] filed February 25, 2011, it is

    ORDERED that this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED this 28th day of February, 2011.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge